*Municipal Court of the*
*City of Boston*

### A.A. PROCTOR & CO., INC.

### v.

### RALPH SLAVET, et al

Argued: April 28, 1972    Decided: May 10, 1972

*Present:* Adlow, C. J., Gillen, Foster, J. J.

**Adlow, C. J.** This is a Petition to Establish a Report.

It appearing that no requests for rulings of law were presented to the court either at the trial of the original issue, or at the hearing on a motion for a new trial, there remains no question which the defendant may raise in any review of the court's findings. In the absence of any justiciable issue the order must be ———

**Petition denied.**

STEPHEN M. MURPHY
    for the petitioner.
MELVIN M. BARRON
    for the respondent.